# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

145989 & (49)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SC: 145989
COA: 305016
St Clair CC: 10-002269-FC

JORGE DIAZ, JR.,
          Defendant-Appellant.

_____/

On order of the Court, the motion for permission to file pro per supplement is GRANTED. The application for leave to appeal the August 16, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

t1217